**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| STEVEN MITCHELL, DORI MITCHELL, JEROME HOPPER, and LORI HOPPER, | ) ) ) ) | CIVIL ACTION FILE NO. 1:26-cv-03651-MHC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| OPPENHEIMER & CO., INC., | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) ) ) | |

**MOTION TO WITHDRAW AS COUNSEL**
**ON BEHALF OF JOHN S. CHAPMAN**

Pursuant to Local Rule 83.1(E), John S. Chapman, by and through undersigned local counsel, Craig H. Kuglar, requests permission to withdraw as counsel of record from the above-styled case. In support of this motion, Mr. Kuglar states as follows:

1.     Plaintiffs will continue to be represented in this action by Craig H. Kuglar and J. Elizabeth Williams of the Law Office of Craig Kuglar, LLC and Jason T. Albin and Philip L. Vujanov of Chapman Albin LLC (who are contemporaneously applying for *pro hac vice* admission).

2.     Plaintiffs have consented to this withdrawal.

3.      Mr. Chapman's withdrawal from the above-styled case will not impact any deadlines in this matter.

Respectfully submitted this 10th day of July, 2026.

**LAW OFFICE OF CRAIG KUGLAR, LLC**

 /s/ Craig H. Kuglar
CRAIG H. KUGLAR, ESQ.
Georgia Bar No. 429968
J. ELIZABETH WILLIAMS, ESQ.
Georgia Bar No. 385405

The Law Office of Craig Kuglar, LLC
931 Monroe Drive NE, Suite A102-353
Atlanta, Georgia  30308
TEL (404) 432-4448
FAX (404) 393-8007
ck@kuglarlaw.com
beth@kuglarlaw.com

**CHAPMAN ALBIN LLC**

JASON T. ALBIN, ESQ.
*Pro hac vice application submitted*
jalbin@chapmanlegal.com
PHILIP L. VUJANOV, ESQ.
*Pro hac vice application submitted*
pvujanov@chapmanlegal.com
Chapman Albin LLC
700 West St. Clair Avenue
Suite 200
Cleveland, Ohio  44113
TEL (216) 241-8172
FAX (216) 241-8175

*Attorneys for Plaintiffs*

2

## <u>LOCAL RULE 7.1D CERTIFICATION</u>

This is to certify that the foregoing pleading complies with the font and margin specifications set forth in Local Rule 5.1B.  The font used is Times New Roman, 14 point.

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically send notification(s) to counsel of record in this matter.

/s/ Craig H. Kuglar
Craig H. Kuglar, Esq.

4